**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FIDELITY & GUARANTY LIFE
INSURANCE COMPANY, f/k/a OM
FINANCIAL INSURANCE
COMPANY,

    Plaintiff,

v.                                                                 Case No. 3:14-cv-586-J-32JRK

JAMES L. PADGETT, JR., JOHN W.
COLLETTE, JR., DOROTHY
PETERSON COLLETTE, and JAN C.
RASNICK,

    Defendants.

## O R D E R

This case is before the Court on the Notice of Voluntary Dismissal (Doc. 12), filed by Plaintiff Fidelity & Guaranty Life Insurance Company on September 19, 2014. The notice purports to dismiss the complaint in this matter pursuant to Federal Rule of Civil Procedure 41(a)(1). Rule 41(a)(1)(A), however, only allows a plaintiff to unilaterally dismiss its claims against a defendant without court order before the defendant has answered or moved for summary judgment; otherwise, the plaintiff needs a stipulation signed by all parties who have appeared in order to dismiss the action without court order. Fed. R. Civ. P. 41(a)(1)(A). Defendants John W. Collette, Jr. and Jan C. Rasnick filed a joint answer in this case on August 19, 2014 (Doc. 11), and the notice is signed only by plaintiff. So, while plaintiff may dismiss its claims against the defendants who have not yet answered or moved for summary judgment,

Plains Growers, Inc. ex rel. Florists' Mutual Ins. Co. v. Ickes-Braun Glasshouses, Inc., 474 F.2d 250, 253 (5th Cir. 1973), if plaintiff intends to dismiss its claims against Collette and Rasnick without court order, it will need to file a stipulation signed by plaintiff and those defendants.

Accordingly, it is hereby **ORDERED** that the Notice of Voluntary Dismissal (Doc. 12) is **GRANTED** to the extent that the claims in this case against Defendants James L. Padgett, Jr. and Dorothy Peterson Collette are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff should send a copy of this Order to Defendants James L. Padgett, Jr. and Dorothy Peterson Collette. The Notice of Voluntary Dismissal is **DENIED** as to the claims against Defendants John W. Collette, Jr. and Jan C. Rasnick without prejudice to plaintiff filing a proper stipulation of dismissal.

**DONE AND ORDERED** at Jacksonville, Florida this 24th day of September, 2014.

TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies:

Counsel of Record

2